IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

JAMES F. DUDLEY,

Debtor.

Case No. 12-10748-NLJ
Chapter 13

## OBJECTION TO MOTION TO DISMISS, MOTION TO MODIFY CONFIRMED PLAN, NOTICE OF OPPORTUNITY FOR HEARING AND REQUEST FOR COMPENSATION

James F. Dudley, by and through his attorney of record, hereby objects to the Motion to Dismiss ("Motion") his chapter 13 case for the reason that the Debtor expects to cure the delinquency problem noted in the Motion through the motion to modify his confirmed plan contained herein.

Accordingly, the Debtor, pursuant to Title 11 U.S.C. §1329(a)(1) moves this Court to modify his existing confirmed plan entered herein so as to provide for the following terms:

1. Paragraph number 1(a) should be modified to provide for a payment of 1,285.00 beginning in April, 2013. The modified plan should be considered current through March, 2013.

2. Debtor's attorney requests a fee in the amount of $500.00 for filing this objection and motion to modify payable at the rate of $75.00 per month beginning in the month following entry of an order resolving this motion.

Wherefore, the Debtor requests that the Court deny the Trustee's Motion to Dismiss his case and allow his Plan modified as set out above.

Dated: March 29, 2013.

*S/Gary L. Morrissey*
GARY L. MORRISSEY, OBA #6438
1725 Linwood Boulevard
Oklahoma City, Oklahoma 73106
g.morrissey@yahoo.com
(405) 272-1500
Fax: (405) 272-3090
Attorney for Debtor

Certificate of Service

I hereby certify that on this 29th day of March, 2013, a true and correct copy of the above objection and motion was served by the ECF system of this Court to: John Hardeman, chapter 13 trustee, jhardeman@chp13okc.com; and mailed, first class U.S. Mail, postage prepaid, to the creditors listed on Exhibit A below.

*S/Gary L. Morrissey*
Gary L. Morrissey

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document**. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

```
JEFFERSON CAPITAL SYSTEMS, LLC      ROBERT HAUGE
PO BOX 7999                         BAER TIMBERLAKE COULSON CATES
SAINT CLOUD, MN 56302               6846 S CANTON AVE STE 100
                                    TULSA, OK 74136


WORLD ACCEPTANCE CORP
1200 S AIR DEPOT BLVD STE N
MIDWEST CITY, OK
73110
```

**Exhibit A**