**Dated: April 29, 2013, 03:52 PM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re:<br><br>**JAMES F. DUDLEY,**<br><br>**Debtor.** | Case No. 12-10748-NLJ<br>Chapter 13 |

**AGREED ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN,
RESOLVING TRUSTEE'S MOTION TO DISMISS
AND GRANTING COMPENSATION**

  The Motion to Modify Confirmed Plan ("Motion") filed on behalf of James F. Dudley, debtor in the above case, comes before the Court for consideration. Debtor's Counsel represents that the motion was filed on March 29, 2013, served on the appropriate parties in interest pursuant to Local Bankruptcy Rule 9007.1 and the last date for filing objections was April 19, 2013 which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

  Accordingly, pursuant to the agreement between the Trustee and the Debtor and, for good cause shown, it is hereby:

ORDERED, that:

1.  Paragraph number 1(a) is modified to provide for a monthly payment of $1,352.00 beginning with the May, 2013 payment. The modified plan shall be considered current through April, 2013.

2.  Debtor's attorney is granted a fee in the amount of $500.00 for filing this objection and motion to modify, payable at the rate of $75.00 per month beginning in the month following entry of this order.

3. The Trustee's motion to dismiss is overruled.

All statements of fact contained herein are based on the representations of Debtor's counsel.

\# \# \#

Approved for entry:

*S/Gary L. Morrissey*
Gary L. Morrissey, OBA #6438
1725 Linwood Boulevard
Oklahoma City, Oklahoma 73106
(405) 272-1500
Fax: (405) 272-3090
Attorney for Debtor

*S/Linda Ruschenberg*
Linda Ruschenberg, OBA @12842
321 Dean A. McGee Ave.
P.O. Box 1948
Oklahoma City, Oklahoma 73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405)236-1004 (fax)
Attorney for Chapter 13 Trustee